# STATE SUPREME COURT
### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### INDEX OF CASES
#### NEW CASES DOCKETED

Det. Tol. & I. Rd. Co. v. Bauer........ 19786
DeLong v. Market Exchange Ck. Bo. et. 19785
Goebel v. Hummel ................. 19792
Hamilton (City) v. Hamilton Util. Co.. 19782
Hukill v. Hukill ..................... 19789
Linn v. Continental Ref. Co........... 19781
Lykens v. Pub. Util. Comm........... 19790
Nixon v. Van Gundy ................. 19791
Phillips et v. Zionet ................. 19793
Rarey v. Schmidt ....................... 19794
Representative Realty Co. v. Cleve. Tr.
    Co. ................................. 19788
Schlenker v. Ferdon et .............. 19784
Seigel v. Det. & Ironton Rd. Co....... 19787
United States Cas. Co. v. Thrush...... 19783

### APRIL 20, 1926

19781—A. R. Linn v. Continental Refining Co.; motion for Cuyahoga Appeals to certify. Turney & Sipe, Cleveland, for pltf.

### APRIL 21, 1926

19782—Hamilton (City) v. Hamilton Utilities Co.; motion for Butler Appeals to certify. L. J. Ziliox, Hamilton, for pltf; L. K. Langdon, Cincinnati, and P. P. Boli, Hamilton, for deft.

19783—United States Casualty Co. v. Pauline C. Thrush; motion for Franklin Appeals to certify. Watson, Davis & Joseph, Columbus, for pltf.

19784—Nellie Schlenker v. Stanley G. Ferdon et. Motion for Hamilton Appeals to certify. W. A. Ryan and W. C. Lambert, Cincinnati, for pltf; S. M. Johnson, Cincinnati, for deft.

### APRIL 22, 1926

19785—Samuel H. DeLong v. Market Exchange Bank Co. and A. C. Thompson; motion for Franklin Appeals to certify. DeGalley & & DeGalley, Marion, for pltf; C. J. Pretzman, Columbus, for deft.

19786—Detroit, Toledo & Ironton Rd. Co. v. Vinnie A. Bauer; motion for Clark Appeals to certify. C. B. Longley, W. R. Middleton, Detroit, Michigan and Keifer & Keifer, Springfield, for pltf; Martin & Corry, Springfield, for deft.

### APRIL 23, 1926

19787—Sam Seigel v. Detroit & Ironton Rd. Co.; motion for Lucas Appeals to certify. Tyler, McMahon & Smith, Toledo, for pltf; H. A. Middleton, Toledo, for deft.

19788—Representative Realty Co. v. Cleveland Trust Co.; motion for Cuyahoga Appeals to certify. C. S. Reed, Cleveland, for pltf; Wilkin, Cross & Daocest, Sawyer, Cummings, Mook & Douglas, Cleveland, for deft.

### APRIL 25, 1926

19789—Harold R. Hukill v. Naomi B. Hukill; motion for Franklin Appeals to certify. Vorys, Sater, Seymour & Pease, Columbus, for pltf; Huggins & Liggett, Columbus, for deft.

### APRIL 27, 1926

19790—J. S. Lykens v. Public Utilities Commission; error to the Public Utilities Commission of Ohio; J. S. Lykens and Blair & Blair, Portsmouth, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19791—Sardine Nixon v. John D. Van Gundy Treasurer of Fairfield County et. Error to the Fairfield Appeals. J. W. McCleery and E. W. McCleery, Lancaster, for pltf.

19792—Justus Goebel Jr. et. v. Joseph G. Hummel Jr; motion for Hamilton Appeals to certify. Dempsey & Dempsey and Bolsinger & Benham, Cincinnati, for pltf; Leonard Freiberg, W. M. Locke and Pogue, Hoffheimer & Pogue, Cincinnati, for deft.

19793—Rose Phillips et v. Sadie Zionet; motion for Cuyahoga Appeals to certify. M. J. Monahan and S. H. Miller, Cleveland, for pltf; W. W. Rosenzweig, Cleveland, for deft.

19794—Lulu Rarey v. Beatrice Schmidt; record certified for review and final determination by Hardin Appeals. Mahon & Mahon, Kenton, for pltf; R. W. Root, and F. Durbin, Lima, for deft.

## PROCEEDINGS OF SUPREME COURT

### OHIO SUPREME COURT
#### TUESDAY, APRIL 27, 1926
#### INDEX OF CASES

##### GENERAL DOCKET

Dayton (City) et v. Kresge Co....... 19374
Stacey v. Fid. & Cas. Co. ............ 19431
Stanton v. Tax Commission .......... 19620
State ex Fritz v. Gongwer ............ 19661
State ex Mahoning Bus Co. v. Gessner. 19631
State ex Logan Gas Co. v. Pub. Util.
    Comm. .............................. 19671
State ex Cleveland Ry. Co. v. Vickery.. 19659

##### MOTION DOCKET

Algire v. Sparling ................... 19675
Allen v. State ....................... 19724
Ball v. Best ......................... 19697
Bowman v. Lemon ................... 19666
Boyer et v. Fink ..................... 19664
City View Apart. & Storg. Co. v. Neiss 19704
Geller v. Geller ...................... 19689
Hamilton (City) v. Hamilton Util. Co... 19782
Harris v. Stannard et ................ 19648
Jackson et v. Cedarville Bd. of Ed.... 19688
Jennings v. Thomas Mfg. Co.......... 19687